# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Reco Lamont Miller, #310609, aka Reco Miller <br> *Plaintiff* <br> v. <br> Nyeemo Moore and Mitchell Robinson <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.    4:19-cv-1552-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge.

Date:   July 2, 2019                                  *CLERK OF COURT*

                                                                          s/Debbie Stokes
                                                         _____
                                                              *Signature of Clerk or Deputy Clerk*